# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3681

In re: Steven A. Nelson,

Petitioner

_____

Appeal from U.S. District Court for the District of South Dakota
(4:07-cv-04122-LLP)

_____

### ORDER

Mr. Nelson's petition has been referred to the court and the clerk is directed to deny all of Mr. Nelson's requested relief:

1) a stay of the district court order and IRS proceedings.

2) a writ granting Mr. Nelson's motion to strike the Anderson Declarations.

3) an order finding unsworn documents subject their author to penalties of perjury.

December 03, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans